UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LETONIA S. TAYLOR,

                Plaintiff,

    -against-   **ORDER**
                                               19 CV 3683 (LTS) (KNF)

DOUGLAS R. KROEGER,

                Defendant.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       All discovery, of whatever nature, shall be initiated so as to be completed on or before June 4, 2020.

Dated: New York, New York               SO ORDERED:
       April 13, 2020

                                                 _____
                                                 KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE