```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LETONIA S. TAYLOR,                                                     :
                                                                       :
                                      Plaintiff,                       :
                                                                       :     19-CV-3683 (JPC)
              -v-                                                      :
                                                                       :         ORDER
DOUGLAS R. KROEGER,                                                    :
                                                                       :
                                      Defendant.                       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 10, 2020, the Honorable Kevin Nathaniel Fox entered a pretrial scheduling order that directed the parties to file a joint pretrial statement "no later than seven (7) days" before the date of the final pretrial conference, scheduled for January 8, 2021.  (Dkt. 30.)  The parties did not file this document.  On December 2, 2020, Defendant filed a motion to exclude the report and anticipated testimony of Dr. James Pugh.  (Dkt. 33.)  Plaintiff has not filed an opposition.

Counsel for all parties are respectfully reminded to adhere to the Court's Individual Rules and Practices in Civil Cases.  The parties are hereby ORDERED to file a proposed joint pretrial order and all other required pretrial filings, pursuant to 7.A-G of the Court's Individual Rules, by January 11, 2021.  By this date, the parties shall also file a joint letter updating the Court on the status of private mediation, *see* Dkt. 32, and whether the parties believe that a settlement conference before Judge Fox or participation in the District's Mediation Program would be appropriate at this time.  Plaintiff shall file an opposition to Plaintiff's motion to exclude the report and anticipated testimony of Dr. James Pugh by January 19, 2021.

The final pretrial conference scheduled for January 8, 2021 is adjourned to February 1, 2021 at 12:00 p.m.

SO ORDERED.

Dated: January 4, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge